**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**LARRY G. PHILPOT,**

                            **Plaintiff,**

            **v.**                                  **Civil Action No. 1:20-cv-4121**

**BLACKBIRD PRODUCTION**
**PARTNERS, LLC,**

                         **Defendant.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

---

## PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND

---

Plaintiff Larry G. Philpot ("Philpot" or "Plaintiff") files this Original Complaint and Jury Demand against Defendant Blackbird Production Partners, LLC ("Blackbird Production" or "Defendant") on personal knowledge as to all facts regarding himself and on information and belief as to all other matters, as follows:

### I.

### PRELIMINARY STATEMENT

A professional photographer's ability to envision, and then immediately capture the entire scene—including non-visuals such as emotions—is what differentiates their photographs from an amateur's photographs. These works extend well beyond the four corners of the photograph to evoke sentiments within the viewer so that the viewer is forever a part of the moment captured in time. For concert photographers, the odds are almost always against them—the musicians are constantly moving, the lighting is usually dark and typically changing, and it is practically

impossible to secure a good vantage point.  But every now and then, a photographer captures a great shot, the kind of iconic shot that makes the viewer forever a part of that very moment in time.

Larry Philpot, an experienced freelance photographer, has honed the art of capturing these rare moments in time.  Philpot created a photograph of Jeff Tweedy during a concert.  This photograph is the type of awe-inspiring work that launches a successful photography career. Recognizing this, Philpot offered the photograph under a Creative Commons license, permitting members of the public to use the photograph provided that it is properly attributed to Philpot.  In doing so, Philpot carefully marketed his sought-after product while still protecting the quality and his rights in his work.

Defendant Blackbird Production copied and posted Philpot's photograph of Jeff Tweedy onto its website as its own, thereby infringing on Philpot's copyrighted work.  In freelance photography, the reputation and licensing revenue guarded by copyright law are a photographer's sole means to support their career.  Blackbird Production stole both of those from Philpot.  Larry Philpot brings this action to protect not just his rights under copyright law, but also his photography business.

## II.

## PARTIES

### A.  Plaintiff

1.      Plaintiff Larry G. Philpot is a citizen and resident of the State of Indiana.  Philpot is a renowned freelance professional photographer who specializes in photographing concerts and musical performances across the United States.

B.  **Defendant**

2.      Defendant Blackbird Production Partners, LLC is a Delaware corporation with its principal place of business in New York and resides in New York County.  Blackbird Production may be served via Keith Wortman, at 350 Park Avenue, 14th Floor, New York, New York 10022.

**III.**

**JURISDICTION AND VENUE**

3.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because this civil action presents a federal question as Plaintiff presents a civil claim arising under the Constitution, laws, or treaties of the United States.

4.      This Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1338(a) because this civil action arises under an Act of Congress relating to copyrights, namely the Copyright Act of the United States, 17 U.S.C. § 101, et seq.

5.      This Court has personal jurisdiction over Defendant Blackbird Production Partners, LLC because it conducts business and resides in the State of New York.

6.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400(a) because Defendant Blackbird Production Partners, LLC resides and may be found in this District.

**IV.**

**FACTUAL BACKGROUND**

A.  **The Highly Competitive World of Freelance Concert Photography**

7.      To say that concert photography is a tough business is a severe understatement.  It requires artistic skills, business skills, and interpersonal skills.  Before having the opportunity to even take a photo, concert photographers must invest in expensive equipment and negotiate to obtain access to the concert stage.  At the concert, they must battle all the variables that arise from an uncontrolled setting—a rowdy crowd, horrible lighting that is always changing, and musicians

constantly moving.  Not to mention, it is really loud.  As a result, despite all of their efforts and hard work, concert photographers often take photographs that are entirely unusable, where the rock stars appear as blurs and washy blobs.

8.      Financially, concert photography can be a high-risk business venture.  Freelance concert photographers earn money when they license or sell their work product and from photography engagements.  If the photographs are unusable, which is often the case, or simply aren't good, then the photographers do not receive any type of payment and are unable to expand their portfolio—which is necessary to obtain additional business.

9.      And, in today's technological age where anyone with a smart phone can take pictures at concerts, concert photography is becoming significantly more competitive, making it even more imperative to capture the perfect shot.  Because that is all that there is demand for—a few once-in-a-lifetime shots for each star.  It doesn't matter if a concert photographer takes 100 good shots of a star at a concert—an article about Jeff Tweedy, for example, only needs one picture of Jeff Tweedy—the best one.

10.     In such a cutthroat environment, it is essential that concert photographers receive the compensation and credit to which they are entitled, but also need to advance their business.

11.     Each and every instance where a photographer does not receive proper attribution, or his work is misattributed, decreases the value of that photograph and the overall value of the photographer's portfolio.

**B.  Larry Philpot: A Professional Concert Photographer**

12.     Larry Philpot is a renowned freelance photographer who specializes in taking photographs of musicians at concerts and other performances.  Philpot has distinguished himself from amateur photographers by creating a highly coveted portfolio that demands legal protection to preserve its standard.

13.     He has spent years perfecting his craft, and his photography business includes licensing his works and photography engagements.

14.     Philpot is known for the unparalleled quality of his work.  He employs photography techniques that involve precise angles, timing, assessment of light, and other creative approaches that he has worked tirelessly to develop.  At a concert, Philpot has the uncanny ability of connecting with the artist from the crowd.  In addition, to ensure the highest quality photographs, Philpot uses state of the art equipment.  He has invested tens of thousands of dollars in equipment.

15.     He has established a strong reputation for himself and his work, and due to his professional reputation, he often obtains privileged access to take photographs of musical performers at concerts.  Indeed, there are over one hundred instances where Philpot has received press credentials.

16.     There is an extensive market and a demand for Philpot's photos that includes, but is not limited to, the musicians themselves, the musicians' fans, record labels, talent agencies, editorial organizations, media entities, radio stations, website operators, and concert and event planners.  Philpot has been very successful in this market.

17.     Philpot understands that part of being a professional photographer is to market your works to gain widespread exposure, and that the high use of his photographs has required licensing agreements and copyright protections.

18.     Philpot has entered into license agreements with Tom Petty and the Heartbreakers for his photographs.

19.     Philpot has also licensed his work to various musicians in exchange for attribution including, but not limited to, the musicians Kid Rock and Paul Stanley of KISS.

20.     Further, Philpot has previously licensed several of his photographs through a stock photography agency called "Corbis" and its affiliate "Splash." Philpot received monetary compensation through Corbis and Splash for licenses for photographs he took of Prince, Madonna, Fleetwood Mac, and the 2015 Indianapolis 500 Race and Winner.

21.     Philpot has also been engaged as a photographer by Hoosier Park LLC d/b/a Hoosier Park Racing & Casino to photograph "meet and greets" between celebrities and fans.

22.     Philpot's portfolio and reputation as a premier photographer are critical to his business. The more his photographs are viewed with proper attribution, the more access he can obtain to take celebrity photographs, and the more he can command in licensing fees.

## C.  Philpot Creates the Jeff Tweedy Photograph

23.     On October 2, 2010, Philpot created a photograph of Jeff Tweedy in Milwaukee, Wisconsin (the "Jeff Tweedy Photo"). A true and correct copy of the Jeff Tweedy Photo is attached as Exhibit A.

24.     The Jeff Tweedy Photo is an original work that Philpot registered with the United States Copyright Office as part of a collection of photographs on May 17, 2013. The Jeff Tweedy Photo is registered with the United States Copyright Office under Certificate Number VAu 1-164-648. A copy of the copyright registration certificate for the Jeff Tweedy Photo is attached as Exhibit B.

25.     As the owner of the copyright in the Jeff Tweedy Photo, Philpot has the exclusive rights to (1) reproduce the Jeff Tweedy Photo in copies, (2) prepare derivative works based on the Jeff Tweedy Photo, (3) distribute copies of the Jeff Tweedy Photo to the public by sale or other transfer of ownership, or by rental, lease, or lending, and (4) display the Jeff Tweedy Photo publicly.

26.     Philpot first displayed the Jeff Tweedy Photo on October 4, 2013 on the Wikimedia website.   The original photo can be found at http://commons.wikimedia.org/wiki/File:Jeff Tweedy.jpg.  A copy of this webpage as it existed on July 31, 2018 with the Jeff Tweedy Photo is attached as Exhibit C.

**D.  The Creative Commons License**

27.     A Creative Commons license is a simple, standardized copyright license that anyone can use to license their work.  The copyright holder designates their work as governed by a Creative Commons license, and anyone may use the work provided they adhere to the terms of the license.

28.     In an effort to market his freelance photography practice, Philpot offered the Jeff Tweedy Photo through Wikimedia for distribution, public display, and public digital performance under a Creative Commons Attribution-ShareAlike 3.0 Unported Generic license (abbreviated as "CC BY-SA 3.0").  A copy of the CC BY-SA 3.0 license is attached as Exhibit D.

29.     This license allows anyone to use the work, provided that they, among other requirements:

a.   Include a copy of the Uniform Resource Identifier for the CC BY-SA 3.0;

b.   Provide attribution to the author of the work; and

c.   Provide the Uniform Resource Identifier that the licensor specifies to be included with the work.

**E.  Restrictions on the Jeff Tweedy Photo**

30.     Larry Philpot provided the following description on the Wikimedia website for the Jeff Tweedy Photo, "Jeff Tweedy performs at Farm Aid."  Philpot also provided the following attribution requirement:  "Attribution should be:  Photo credit:  Larry Philpot, www.soundstagephotography.com."

**F.  Blackbird Production Infringes Philpot's Copyright in the Jeff Tweedy Photo.**

31.     Blackbird Production infringed Philpot's copyright in the Jeff Tweedy Photo by publishing, copying, and displaying the Jeff Tweedy Photo on the https://blackbirdpresents.com/ website at https://blackbirdpresents.com/jeff-spencer-tweedy-emmylou-harris-keb-mo-joan-osborne-added-to-mavis-75-show/ and https://3lawre1ghd3ng9stnvq36z6n-wpengine.netdna-ssl.com/wp-content/uploads/2014/08/news_mavis_artists_added_1-650x300.jpg.  A copy of these webpages as they appeared with the Jeff Tweedy Photo is attached as Exhibit E.

32.     Blackbird Production did not provide attribution to Philpot when it published the Jeff Tweedy Photo.

33.     Blackbird Production did not list or link to Philpot's website, soundstagephotography.com when it published the Jeff Tweedy Photo.

34.     Philpot discovered these infringements on April 19, 2020.

**G.  The Damage Done**

35.     Defendant Blackbird Production passed off Philpot's Jeff Tweedy Photo as its own, ignoring Philpot's primary requirement under the Creative Commons license to allow Defendant Blackbird Production to use his copyrighted work—the credit.  Philpot has been deprived of the credit for taking the exceptional Jeff Tweedy Photo.

**V.**

**CLAIMS**

**A.  Count One: Copyright Infringement**

36.     Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as if set forth in full herein.

37.     Defendant Blackbird Production operated and operates the https://blackbirdpresents.com/ website.

38.     Defendant Blackbird Production published, copied, and displayed the Jeff Tweedy Photo at https://blackbirdpresents.com/jeff-spencer-tweedy-emmylou-harris-keb-mo-joan-osborne-added-to-mavis-75-show/ and https://3lawre1ghd3ng9stnvq36z6n-wpengine.netdna-ssl.com/wp-content/uploads/2014/08/news_mavis_artists_added_1-650x300.jpg.

39.     Defendant's acts are and were performed without the permission, license, or consent of Plaintiff.

40.     Defendant acted with willful disregard of the laws protecting Plaintiff's copyrights.

41.     Defendant infringed Plaintiff's copyrights in the Jeff Tweedy Photo in violation of 17 U.S.C. § 501.

42.     Plaintiff has sustained and will continue to sustain substantial damage in an amount not yet fully ascertainable, including but not limited to damage to his business reputation and goodwill.

43.     Plaintiff is informed and believes and thereon alleges that the Defendant has obtained profits recoverable under 17 U.S.C. § 504.  Plaintiff will require an accounting from the Defendant of all monies generated from the Jeff Tweedy Photo.

44.     In the alternative and at his election, Plaintiff is entitled to seek maximum statutory damages for each work willfully infringed by Defendant in an amount of $150,000 per work infringed.  In the event that the trier of fact does not find that Defendant willfully infringed Plaintiff's copyrights, Plaintiff is entitled to seek maximum statutory damages for each work infringed by Defendant in an amount of $30,000 per work infringed.

45.     Plaintiff has suffered and continues to suffer irreparable harm and damage as a result of the above-described acts.  Accordingly, Plaintiff seeks permanent injunctive relief pursuant to 17 U.S.C. § 502, as well as seizure of the Jeff Tweedy Photo.

46.    Plaintiff is entitled to recover from the Defendant his attorney's fees and costs of suit, pursuant to 17 U.S.C. § 505.

## VI.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

## VII.

## RELIEF REQUESTED

WHEREFORE, Plaintiff demands that judgment be entered against Defendant as follows:

1.  Pursuant to 17 U.S.C. § 502, that Defendant, its agents, servants, employees, representatives, successors and assigns, and all persons, firms, corporations, or other entities in active concert or participation with Defendant, be permanently enjoined from directly or indirectly infringing the Plaintiff's copyrights in any manner, including generally, but not limited to reproducing, distributing, displaying, performing or making derivatives of any of the Jeff Tweedy Photo;

2.  Pursuant to 17 U.S.C. § 504, that Defendant be required to pay actual damages and disgorgement of all profits derived by Defendant from its acts of copyright infringement;

3.  That Defendant be required to perform a complete and full accounting of all profits generated by Defendant from the Jeff Tweedy Photo;

4.  Pursuant to 17 U.S.C. § 504, that upon Plaintiff's election, Defendant be required to pay statutory damages up to $150,000 for each work infringed for its acts of copyright infringement, and in the event the factfinder determines that Defendant's infringement was not willful, that Defendant be required to pay statutory damages up to $30,000 for each work infringed for its acts of copyright infringement;

5.   Pursuant to 17 U.S.C. § 505, Defendant be required to pay Plaintiff the costs of this action, prejudgment interest, and reasonable attorney's fees; and

6.   Plaintiff be granted all other and further relief to which he is entitled.

Dated: May 29, 2020

Respectfully submitted,

**HUTCHERSON LAW PLLC**

<u>/s/ Kenton J. Hutcherson</u>
Kenton J. Hutcherson, Esq.
Pro Hac Vice Pending
Texas State Bar No. 24050798
Hutcherson Law PLLC
3400 Oak Grove Avenue, Suite 350
Dallas, Texas 75204
Tel: (214) 443-4200
Fax: (214) 443-4210
Email: kjh@hutchersonlaw.com

**ATTORNEY FOR PLAINTIFF**

# EXHIBIT A



# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-164-648

**Effective date of registration:**

May 17, 2013

---

## Title

**Title of Work:** All unpublished photos 2008 to May 2013

## Completion/Publication

**Year of Completion:** 2013

## Author

■ **Author:** Larry Gene Philpot

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

**Year Born:** 1953

## Copyright claimant

**Copyright Claimant:** Larry Gene Philpot

12527 Winding Creek Lane, Indianapolis, IN, 46236

## Rights and Permissions

**Name:** Larry Philpot

**Email:** larry@behindthemusic.net **Telephone:** 317-567-1338

**Address:** 12527 Winding Creek Lane

Indianapolis, IN 46236 United States

## Certification

**Name:** Larry G. Philpot

**Date:** May 14, 2013

**Registration #:**  VAU001164648
**Service Request #:**  1-935196132



Larry G. Philpot
12527 Winding Creek Lane
Indianapolis, IN 46236  United States

# EXHIBIT C

 **COMMONS**

# File:Jeff Tweedy.jpg

From Wikimedia Commons, the free media repository



Size of this preview: 400 × 599 pixels.
Original file (534 × 800 pixels, file size: 407 KB, MIME type: image/jpeg)

|   | **Download** all sizes |
|---|---|
|  | **Use this file** on the web |
|  | **Use this file** on a wiki |
|  | **Email a link** to this file |
|  | **Information** about reusing |

**Open in Media Viewer**

## Summary

| | |
|---|---|
| Description | **English:** Jeff Tweedy performs at Farm Aid, October 2, 2010 |
| Date | 2 October 2010, 18:34:55 |
| Source | Own work |
| Author | Larry Philpot |

All photographs are my own work and are copyrighted with the US Copyright Office. Attribution should be Photo Credit: Larry Philpot, www.soundstagephotography.com .

## Licensing

**I, the copyright holder of this work, hereby publish it under the following license:**


SOME RIGHTS RESERVED

This file is licensed under the Creative Commons Attribution-Share Alike 3.0 Unported (https://creativecommons.org/licenses/by-sa/3.0/deed.en) license.

You are free:

- **to share** – to copy, distribute and transmit the work
- **to remix** – to adapt the work

Under the following conditions:

- **attribution** – You must attribute the work in the manner specified by the author or licensor (but not in any way that suggests that they endorse you or your use of the work).
- **share alike** – If you alter, transform, or build upon this work, you may distribute the resulting work only under the same or similar license to this one.

# File history

Click on a date/time to view the file as it appeared at that time.

| | Date/Time | Thumbnail | Dimensions | User | Comment |
|---|---|---|---|---|---|
| current | **07:47, 4 October 2013** | | 534 × 800 (407 KB) | Nightshooter (talk \| contribs) | User created page with UploadWizard |

- You cannot overwrite this file.

# File usage on Commons

The following page links to this file:

- Category:Jeff Tweedy

# File usage on other wikis

The following other wikis use this file:

- Usage on cs.wikipedia.org
  - Jeff Tweedy
- Usage on de.wikipedia.org
  - Jeff Tweedy
- Usage on en.wikipedia.org
  - Jeff Tweedy
- Usage on fa.wikipedia.org
  - جف توئیدی
- Usage on www.wikidata.org
  - Q1686370

# Metadata

This file contains additional information such as Exif metadata which may have been added by the digital camera, scanner, or software program used to create or digitize it. If the file has been modified from its original state, some details such as the timestamp may not fully reflect those of the original file. The timestamp is only as accurate as the clock in the camera, and it may be completely wrong.

| Camera manufacturer | Canon |
|---|---|
| Camera model | Canon EOS-1Ds Mark III |
| Author | Larry Philpot |

| Copyright holder | Copyright, Larry Philpot |
|---|---|
| Exposure time | 1/160 sec (0.00625) |
| F-number | f/2.8 |
| ISO speed rating | 800 |
| Date and time of data generation | 18:34, 2 October 2010 |
| Lens focal length | 200 mm |

Retrieved from "https://commons.wikimedia.org/w/index.php?title=File:Jeff_Tweedy.jpg&oldid=213319346"

**This page was last edited on 12 November 2016, at 16:33.**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy.

# EXHIBIT D



# Creative Commons Legal Code

## Attribution-ShareAlike 3.0 Unported



*CREATIVE COMMONS CORPORATION IS NOT A LAW FIRM AND DOES NOT PROVIDE LEGAL SERVICES. DISTRIBUTION OF THIS LICENSE DOES NOT CREATE AN ATTORNEY-CLIENT RELATIONSHIP. CREATIVE COMMONS PROVIDES THIS INFORMATION ON AN "AS-IS" BASIS. CREATIVE COMMONS MAKES NO WARRANTIES REGARDING THE INFORMATION PROVIDED, AND DISCLAIMS LIABILITY FOR DAMAGES RESULTING FROM ITS USE.*

## License

THE WORK (AS DEFINED BELOW) IS PROVIDED UNDER THE TERMS OF THIS CREATIVE COMMONS PUBLIC LICENSE ("CCPL" OR "LICENSE"). THE WORK IS PROTECTED BY COPYRIGHT AND/OR OTHER APPLICABLE LAW. ANY USE OF THE WORK OTHER THAN AS AUTHORIZED UNDER THIS LICENSE OR COPYRIGHT LAW IS PROHIBITED.

BY EXERCISING ANY RIGHTS TO THE WORK PROVIDED HERE, YOU ACCEPT AND AGREE TO BE BOUND BY THE TERMS OF THIS LICENSE. TO THE EXTENT THIS LICENSE MAY BE CONSIDERED TO BE A CONTRACT, THE LICENSOR GRANTS YOU THE RIGHTS CONTAINED HERE IN CONSIDERATION OF YOUR ACCEPTANCE OF SUCH TERMS AND CONDITIONS.

### 1. Definitions

a. **"Adaptation"** means a work based upon the Work, or upon the Work and other pre-existing works, such as a translation, adaptation, derivative work, arrangement of music or other alterations of a literary or artistic work, or phonogram or performance and includes cinematographic adaptations or any other form in which the Work may be recast, transformed, or adapted including in any form recognizably derived from the original, except that a work that constitutes a Collection will not be considered an Adaptation for the purpose of this License. For the avoidance of doubt, where the Work is a musical work, performance or phonogram, the synchronization of the Work in timed-relation with a moving image ("synching") will be considered an Adaptation for the purpose of this License.

b. **"Collection"** means a collection of literary or artistic works, such as encyclopedias and anthologies, or performances, phonograms or broadcasts, or other works or subject matter other than works listed in Section 1(f) below, which, by reason of the selection and arrangement of their contents, constitute intellectual creations, in which the Work is included in its entirety in unmodified form along with one or more other contributions, each constituting separate and independent works in themselves, which together are assembled into a collective whole. A work that constitutes a Collection will not be considered an Adaptation (as defined below) for the purposes of this License.

c. **"Creative Commons Compatible License"** means a license that is listed at https://creativecommons.org/compatiblelicenses that has been approved by Creative Commons as being essentially equivalent to this License, including, at a minimum, because that license: (i) contains terms that have the same purpose, meaning and effect as the License Elements of this License; and, (ii) explicitly permits the relicensing of adaptations of works made available under that license under this License or a Creative Commons jurisdiction license with the same License Elements as this License.

d. **"Distribute"** means to make available to the public the original and copies of the Work or Adaptation, as appropriate, through sale or other transfer of ownership.

e. **"License Elements"** means the following high-level license attributes as selected by Licensor and indicated in the title of this License: Attribution, ShareAlike.

f. **"Licensor"** means the individual, individuals, entity or entities that offer(s) the Work under the

terms of this License.

g. **"Original Author"** means, in the case of a literary or artistic work, the individual, individuals, entity or entities who created the Work or if no individual or entity can be identified, the publisher; and in addition (i) in the case of a performance the actors, singers, musicians, dancers, and other persons who act, sing, deliver, declaim, play in, interpret or otherwise perform literary or artistic works or expressions of folklore; (ii) in the case of a phonogram the producer being the person or legal entity who first fixes the sounds of a performance or other sounds; and, (iii) in the case of broadcasts, the organization that transmits the broadcast.

h. **"Work"** means the literary and/or artistic work offered under the terms of this License including without limitation any production in the literary, scientific and artistic domain, whatever may be the mode or form of its expression including digital form, such as a book, pamphlet and other writing; a lecture, address, sermon or other work of the same nature; a dramatic or dramatico-musical work; a choreographic work or entertainment in dumb show; a musical composition with or without words; a cinematographic work to which are assimilated works expressed by a process analogous to cinematography; a work of drawing, painting, architecture, sculpture, engraving or lithography; a photographic work to which are assimilated works expressed by a process analogous to photography; a work of applied art; an illustration, map, plan, sketch or three-dimensional work relative to geography, topography, architecture or science; a performance; a broadcast; a phonogram; a compilation of data to the extent it is protected as a copyrightable work; or a work performed by a variety or circus performer to the extent it is not otherwise considered a literary or artistic work.

i. **"You"** means an individual or entity exercising rights under this License who has not previously violated the terms of this License with respect to the Work, or who has received express permission from the Licensor to exercise rights under this License despite a previous violation.

j. **"Publicly Perform"** means to perform public recitations of the Work and to communicate to the public those public recitations, by any means or process, including by wire or wireless means or public digital performances; to make available to the public Works in such a way that members of the public may access these Works from a place and at a place individually chosen by them; to perform the Work to the public by any means or process and the communication to the public of the performances of the Work, including by public digital performance; to broadcast and rebroadcast the Work by any means including signs, sounds or images.

k. **"Reproduce"** means to make copies of the Work by any means including without limitation by sound or visual recordings and the right of fixation and reproducing fixations of the Work, including storage of a protected performance or phonogram in digital form or other electronic medium.

**2. Fair Dealing Rights.** Nothing in this License is intended to reduce, limit, or restrict any uses free from copyright or rights arising from limitations or exceptions that are provided for in connection with the copyright protection under copyright law or other applicable laws.

**3. License Grant.** Subject to the terms and conditions of this License, Licensor hereby grants You a worldwide, royalty-free, non-exclusive, perpetual (for the duration of the applicable copyright) license to exercise the rights in the Work as stated below:

a. to Reproduce the Work, to incorporate the Work into one or more Collections, and to Reproduce the Work as incorporated in the Collections;

b. to create and Reproduce Adaptations provided that any such Adaptation, including any translation in any medium, takes reasonable steps to clearly label, demarcate or otherwise identify that changes were made to the original Work. For example, a translation could be marked "The original work was translated from English to Spanish," or a modification could indicate "The original work has been modified.";

c. to Distribute and Publicly Perform the Work including as incorporated in Collections; and,

d. to Distribute and Publicly Perform Adaptations.

e. For the avoidance of doubt:

    i. **Non-waivable Compulsory License Schemes**. In those jurisdictions in which the right to collect royalties through any statutory or compulsory licensing scheme cannot be waived, the Licensor reserves the exclusive right to collect such royalties for any exercise by You of the rights granted under this License;

    ii. **Waivable Compulsory License Schemes**. In those jurisdictions in which the right to collect

    royalties through any statutory or compulsory licensing scheme can be waived, the Licensor waives the exclusive right to collect such royalties for any exercise by You of the rights granted under this License; and,

    iii. **Voluntary License Schemes**. The Licensor waives the right to collect royalties, whether individually or, in the event that the Licensor is a member of a collecting society that administers voluntary licensing schemes, via that society, from any exercise by You of the rights granted under this License.

The above rights may be exercised in all media and formats whether now known or hereafter devised. The above rights include the right to make such modifications as are technically necessary to exercise the rights in other media and formats. Subject to Section 8(f), all rights not expressly granted by Licensor are hereby reserved.

**4. Restrictions.** The license granted in Section 3 above is expressly made subject to and limited by the following restrictions:

a. You may Distribute or Publicly Perform the Work only under the terms of this License. You must include a copy of, or the Uniform Resource Identifier (URI) for, this License with every copy of the Work You Distribute or Publicly Perform. You may not offer or impose any terms on the Work that restrict the terms of this License or the ability of the recipient of the Work to exercise the rights granted to that recipient under the terms of the License. You may not sublicense the Work. You must keep intact all notices that refer to this License and to the disclaimer of warranties with every copy of the Work You Distribute or Publicly Perform. When You Distribute or Publicly Perform the Work, You may not impose any effective technological measures on the Work that restrict the ability of a recipient of the Work from You to exercise the rights granted to that recipient under the terms of the License. This Section 4(a) applies to the Work as incorporated in a Collection, but this does not require the Collection apart from the Work itself to be made subject to the terms of this License. If You create a Collection, upon notice from any Licensor You must, to the extent practicable, remove from the Collection any credit as required by Section 4(c), as requested. If You create an Adaptation, upon notice from any Licensor You must, to the extent practicable, remove from the Adaptation any credit as required by Section 4(c), as requested.

b. You may Distribute or Publicly Perform an Adaptation only under the terms of: (i) this License; (ii) a later version of this License with the same License Elements as this License; (iii) a Creative Commons jurisdiction license (either this or a later license version) that contains the same License Elements as this License (e.g., Attribution-ShareAlike 3.0 US)); (iv) a Creative Commons Compatible License. If you license the Adaptation under one of the licenses mentioned in (iv), you must comply with the terms of that license. If you license the Adaptation under the terms of any of the licenses mentioned in (i), (ii) or (iii) (the "Applicable License"), you must comply with the terms of the Applicable License generally and the following provisions: (I) You must include a copy of, or the URI for, the Applicable License with every copy of each Adaptation You Distribute or Publicly Perform; (II) You may not offer or impose any terms on the Adaptation that restrict the terms of the Applicable License or the ability of the recipient of the Adaptation to exercise the rights granted to that recipient under the terms of the Applicable License; (III) You must keep intact all notices that refer to the Applicable License and to the disclaimer of warranties with every copy of the Work as included in the Adaptation You Distribute or Publicly Perform; (IV) when You Distribute or Publicly Perform the Adaptation, You may not impose any effective technological measures on the Adaptation that restrict the ability of a recipient of the Adaptation from You to exercise the rights granted to that recipient under the terms of the Applicable License. This Section 4(b) applies to the Adaptation as incorporated in a Collection, but this does not require the Collection apart from the Adaptation itself to be made subject to the terms of the Applicable License.

c. If You Distribute, or Publicly Perform the Work or any Adaptations or Collections, You must, unless a request has been made pursuant to Section 4(a), keep intact all copyright notices for the Work and provide, reasonable to the medium or means You are utilizing: (i) the name of the Original Author (or pseudonym, if applicable) if supplied, and/or if the Original Author and/or Licensor designate another party or parties (e.g., a sponsor institute, publishing entity, journal) for attribution ("Attribution Parties") in Licensor's copyright notice, terms of service or by other reasonable means, the name of such party or parties; (ii) the title of the Work if supplied; (iii) to the extent reasonably practicable, the URI, if any, that Licensor specifies to be associated with the Work, unless such URI does not refer to the copyright notice or licensing information for the Work; and (iv) , consistent with Ssection 3(b), in the case of an Adaptation, a credit identifying the use of the

Work in the Adaptation (e.g., "French translation of the Work by Original Author," or "Screenplay based on original Work by Original Author"). The credit required by this Section 4(c) may be implemented in any reasonable manner; provided, however, that in the case of a Adaptation or Collection, at a minimum such credit will appear, if a credit for all contributing authors of the Adaptation or Collection appears, then as part of these credits and in a manner at least as prominent as the credits for the other contributing authors. For the avoidance of doubt, You may only use the credit required by this Section for the purpose of attribution in the manner set out above and, by exercising Your rights under this License, You may not implicitly or explicitly assert or imply any connection with, sponsorship or endorsement by the Original Author, Licensor and/or Attribution Parties, as appropriate, of You or Your use of the Work, without the separate, express prior written permission of the Original Author, Licensor and/or Attribution Parties.

d. Except as otherwise agreed in writing by the Licensor or as may be otherwise permitted by applicable law, if You Reproduce, Distribute or Publicly Perform the Work either by itself or as part of any Adaptations or Collections, You must not distort, mutilate, modify or take other derogatory action in relation to the Work which would be prejudicial to the Original Author's honor or reputation. Licensor agrees that in those jurisdictions (e.g. Japan), in which any exercise of the right granted in Section 3(b) of this License (the right to make Adaptations) would be deemed to be a distortion, mutilation, modification or other derogatory action prejudicial to the Original Author's honor and reputation, the Licensor will waive or not assert, as appropriate, this Section, to the fullest extent permitted by the applicable national law, to enable You to reasonably exercise Your right under Section 3(b) of this License (right to make Adaptations) but not otherwise.

**5. Representations, Warranties and Disclaimer**

UNLESS OTHERWISE MUTUALLY AGREED TO BY THE PARTIES IN WRITING, LICENSOR OFFERS THE WORK AS-IS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND CONCERNING THE WORK, EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF TITLE, MERCHANTIBILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR THE ABSENCE OF LATENT OR OTHER DEFECTS, ACCURACY, OR THE PRESENCE OF ABSENCE OF ERRORS, WHETHER OR NOT DISCOVERABLE. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO SUCH EXCLUSION MAY NOT APPLY TO YOU.

**6. Limitation on Liability.** EXCEPT TO THE EXTENT REQUIRED BY APPLICABLE LAW, IN NO EVENT WILL LICENSOR BE LIABLE TO YOU ON ANY LEGAL THEORY FOR ANY SPECIAL, INCIDENTAL, CONSEQUENTIAL, PUNITIVE OR EXEMPLARY DAMAGES ARISING OUT OF THIS LICENSE OR THE USE OF THE WORK, EVEN IF LICENSOR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

**7. Termination**

a. This License and the rights granted hereunder will terminate automatically upon any breach by You of the terms of this License. Individuals or entities who have received Adaptations or Collections from You under this License, however, will not have their licenses terminated provided such individuals or entities remain in full compliance with those licenses. Sections 1, 2, 5, 6, 7, and 8 will survive any termination of this License.

b. Subject to the above terms and conditions, the license granted here is perpetual (for the duration of the applicable copyright in the Work). Notwithstanding the above, Licensor reserves the right to release the Work under different license terms or to stop distributing the Work at any time; provided, however that any such election will not serve to withdraw this License (or any other license that has been, or is required to be, granted under the terms of this License), and this License will continue in full force and effect unless terminated as stated above.

**8. Miscellaneous**

a. Each time You Distribute or Publicly Perform the Work or a Collection, the Licensor offers to the recipient a license to the Work on the same terms and conditions as the license granted to You under this License.

b. Each time You Distribute or Publicly Perform an Adaptation, Licensor offers to the recipient a license to the original Work on the same terms and conditions as the license granted to You under this License.

c. If any provision of this License is invalid or unenforceable under applicable law, it shall not affect the validity or enforceability of the remainder of the terms of this License, and without further action by the parties to this agreement, such provision shall be reformed to the minimum extent necessary to make such provision valid and enforceable.

d. No term or provision of this License shall be deemed waived and no breach consented to unless such waiver or consent shall be in writing and signed by the party to be charged with such waiver or consent.

e. This License constitutes the entire agreement between the parties with respect to the Work licensed here. There are no understandings, agreements or representations with respect to the Work not specified here. Licensor shall not be bound by any additional provisions that may appear in any communication from You. This License may not be modified without the mutual written agreement of the Licensor and You.

f. The rights granted under, and the subject matter referenced, in this License were drafted utilizing the terminology of the Berne Convention for the Protection of Literary and Artistic Works (as amended on September 28, 1979), the Rome Convention of 1961, the WIPO Copyright Treaty of 1996, the WIPO Performances and Phonograms Treaty of 1996 and the Universal Copyright Convention (as revised on July 24, 1971). These rights and subject matter take effect in the relevant jurisdiction in which the License terms are sought to be enforced according to the corresponding provisions of the implementation of those treaty provisions in the applicable national law. If the standard suite of rights granted under applicable copyright law includes additional rights not granted under this License, such additional rights are deemed to be included in the License; this License is not intended to restrict the license of any rights under applicable law.

### Creative Commons Notice

*Creative Commons is not a party to this License, and makes no warranty whatsoever in connection with the Work. Creative Commons will not be liable to You or any party on any legal theory for any damages whatsoever, including without limitation any general, special, incidental or consequential damages arising in connection to this license. Notwithstanding the foregoing two (2) sentences, if Creative Commons has expressly identified itself as the Licensor hereunder, it shall have all rights and obligations of Licensor.*

*Except for the limited purpose of indicating to the public that the Work is licensed under the CCPL, Creative Commons does not authorize the use by either party of the trademark "Creative Commons" or any related trademark or logo of Creative Commons without the prior written consent of Creative Commons. Any permitted use will be in compliance with Creative Commons' then-current trademark usage guidelines, as may be published on its website or otherwise made available upon request from time to time. For the avoidance of doubt, this trademark restriction does not form part of the License.*

*Creative Commons may be contacted at https://creativecommons.org/.*

# EXHIBIT E

https://blackbirdpresents.com/jeff-spencer-tweedy-emmylou-harris-keb-mo-joan-osborne-added-to-mavis-75-show/



CONCERTS & FESTIVALS    VIDEOS    MUSIC    PHOTOS         ABOUT    MEMBERS    NEWS    SHOP

// NEWS / MUSIC NEWS

NEWS / BLACKBIRD PRESENTS NEWS & PRESS

# JEFF & SPENCER TWEEDY, EMMYLOU HARRIS, KEB' MO' & JOAN OSBORNE ADDED TO MAVIS 75 SHOW



OCTOBER 7, 2014
TAGS: AUDITORIUM THEATRE
BY: ROB RAUFFER

 

Jeff Tweedy & Spencer Tweedy, Emmylou Harris, Keb' Mo' and Joan Osborne are the latest performers announced as part of the prestigious lineup of artists taking part in I'LL TAKE YOU THERE – CELEBRATING 75 YEARS OF MAVIS STAPLES, a once-in-a-lifetime concert event taping honoring one of the most influential singers of our time. The concert will take place at the Auditorium Theatre in Chicago, IL on November 19.

In addition to the newly announced performers, the concert will feature a lineup of music stars, including: Gregg Allman, Ryan Bingham, Eric Church, Patty Griffin, Glen Hansard, Taj Mahal, Michael McDonald, Buddy Miller, Aaron Neville, Widespread Panic, Grace Potter, Mavis Staples, and Marty Stuart. Staples will take the stage to perform with a number of special guests throughout the night. Additional performers will be announced in the coming weeks.

Tickets are on sale now via ticketmaster.com. Tickets are also available at the Auditorium Theatre box office or by phone at 800-745-3000.

Grammy Award-winner Don Was will serve as music director, leading an all-star band backing the amazing performers who will take the stage at this incredible concert event taping. Keith Wortman is the creator and

## // RECENT POSTS

**MERLE HAGGARD: SALUTE TO A COUNTRY LEGEND A&E SPECIAL NOW AVAILABLE ON DEMAND**

April 14, 2020
**WILLIE NELSON: AMERICAN OUTLAW A&E SPECIAL NOW AVAILABLE ON DEMAND**

April 14, 2020
**A&E BIOGRAPHY: KENNY ROGERS NOW AVAILABLE ON DEMAND**

April 14, 2020
**MERLE HAGGARD: SALUTE TO A COUNTRY LEGEND ON A&E APRIL 13**

March 31, 2020
**A&E NETWORK ANNOUNCES ALL-STAR TRIBUTE CONCERT SPECIAL HONORING COUNTRY ICON WILLIE NELSON**

March 17, 2020

## // FEATURED PRODUCTS

**BLACKBIRD PRESENTS DISTRESSED BIRD T-SHIRT (UNISEX)**

$30.00 – $35.00
**IMAGINE: JOHN LENNON 75TH BIRTHDAY CONCERT 2-DISC VINYL**

$24.99
**WILLIE: LIFE & SONGS OF AN AMERICAN OUTLAW RED BANDANA T-SHIRT**

$30.00 – $35.00
**THE THRILL IS GONE A TRIBUTE TO B.B. KING GIG POSTER**

$40.00
**THE THRILL IS GONE A TRIBUTE TO B.B. KING STAINLESS PINT GLASS**

$15.00



8:17 PM
4/19/2020 



https://blackbirdpresents.com/jeff-spencer-tweedy-emmylou-harris-keb-mo-joan-osborne-added-to-mavis-75-show/

CONCERTS & FESTIVALS    VIDEOS    MUSIC    PHOTOS    ABOUT    MEMBERS    NEWS    SHOP

// NEWS / MUSIC NEWS

NEWS / BLACKBIRD PRESENTS NEWS & PRESS

## JEFF & SPENCER TWEEDY, EMMYLOU HARRIS, KEB' MO' & JOAN OSBORNE ADDED TO MAVIS 75 SHOW



OCTOBER 7, 2014
TAGS: AUDITORIUM THEATRE
BY: ROB RAUFFER

Jeff Tweedy & Spencer Tweedy, Emmylou Harris, Keb' Mo' and Joan Osborne are the latest performers announced as part of the prestigious lineup of artists taking part in I'LL TAKE YOU THERE – CELEBRATING 75 YEARS OF MAVIS STAPLES, a once-in-a-lifetime concert event taping honoring one of the most influential singers of our time. The concert will take place at the Auditorium Theatre in Chicago, IL on November 19.

In addition to the newly announced performers, the concert will feature a lineup of music stars, including: Gregg Allman, Ryan Bingham, Eric Church, Patty Griffin, Glen Hansard, Taj Mahal, Michael McDonald, Buddy Miller, Aaron Neville, Widespread Panic, Grace Potter, Mavis Staples, and Marty Stuart. Staples will take the stage to perform with a number of special guests throughout the night. Additional performers will be announced in the coming weeks.

Tickets are on sale now via ticketmaster.com. Tickets are also available at the Auditorium Theatre box office or by phone at 800-745-3000.

Grammy Award-winner Don Was will serve as music director, leading an all-star band backing the amazing performers who will take the stage at this incredible concert event taping. Keith Wortman is the creator and

## // RECENT POSTS

MERLE HAGGARD: SALUTE TO A COUNTRY LEGEND A&E SPECIAL NOW AVAILABLE ON DEMAND
April 14, 2020

WILLIE NELSON: AMERICAN OUTLAW A&E SPECIAL NOW AVAILABLE ON DEMAND
April 14, 2020

A&E BIOGRAPHY: KENNY ROGERS NOW AVAILABLE ON DEMAND
April 14, 2020

MERLE HAGGARD: SALUTE TO A COUNTRY LEGEND ON A&E APRIL 13
March 31, 2020

A&E NETWORK ANNOUNCES ALL-STAR TRIBUTE CONCERT SPECIAL HONORING COUNTRY ICON WILLIE NELSON
March 17, 2020

## // FEATURED PRODUCTS

BLACKBIRD PRESENTS DISTRESSED BIRD T-SHIRT (UNISEX)
$30.00 – $35.00

IMAGINE: JOHN LENNON 75TH BIRTHDAY CONCERT 2-DISC VINYL
$24.99

WILLIE: LIFE & SONGS OF AN AMERICAN OUTLAW RED BANDANA T-SHIRT
$30.00 – $35.00

THE THRILL IS GONE A TRIBUTE TO B.B. KING GIG POSTER
$40.00

THE THRILL IS GONE A TRIBUTE TO B.B. KING STAINLESS PINT GLASS
$15.00





ype here to search

3:49 PM
4/22/2020



blackbirdpresents.com/jeff-spencer-tweedy-emmylou-harris-keb-mo-joan-osborne-added-to-mavis-75-show/

CONCERTS & FESTIVALS   VIDEOS   MUSIC   PHOTOS      ABOUT   MEMBERS   NEWS   SHOP

// NEWS / MUSIC NEWS

NEWS / BLACKBIRD PRESENTS NEWS & PRESS

# JEFF & SPENCER TWEEDY, EMMYLOU HARRIS, KEB' MO' & JOAN OSBORNE ADDED TO MAVIS 75 SHOW



OCTOBER 7, 2014
TAGS: AUDITORIUM THEATRE
BY: ROB RAUFFER



Jeff Tweedy & Spencer Tweedy, Emmylou Harris, Keb' Mo' and Joan Osborne are the latest performers announced as part of the prestigious lineup of artists taking part in I'LL TAKE YOU THERE – CELEBRATING 75 YEARS OF MAVIS STAPLES, a once in a lifetime concert event taping honoring one of the most influential singers of our time

## // RECENT POSTS

MERLE HAGGARD: SALUTE TO A COUNTRY LEGEND A&E SPECIAL NOW AVAILABLE ON DEMAND
April 14, 2020

WILLIE NELSON: AMERICAN OUTLAW A&E SPECIAL NOW AVAILABLE ON DEMAND
April 14, 2020

A&E BIOGRAPHY: KENNY ROGERS NOW AVAILABLE ON DEMAND
April 14, 2020

MERLE HAGGARD: SALUTE TO A COUNTRY LEGEND ON A&E APRIL 13
March 31, 2020

A&E NETWORK ANNOUNCES ALL-STAR TRIBUTE CONCERT SPECIAL HONORING COUNTRY ICON WILLIE NELSON
March 17, 2020

## // FEATURED PRODUCTS

BLACKBIRD PRESENTS DISTRESSED BIRD T-SHIRT (UNISEX) 
$30.00 – $35.00

IMAGINE: JOHN LENNON 75TH BIRTHDAY CONCERT 2-DISC VINYL 
$24.99

