UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LARRY G. PHILPOT,

                **Plaintiff,**

     v.                     Civil Action No. 1:20-cv-4121-VEC

BLACKBIRD PRODUCTION
PARTNERS, LLC,

                **Defendant.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Larry G. Philpot hereby files this notice of voluntary dismissal of this lawsuit with prejudice. All costs and attorney's fees will be paid by the party incurring the same.

                                                   Respectfully submitted,

                                                   **HUTCHERSON LAW PLLC**

                                                   /s/ Kenton J. Hutcherson
                                                   Kenton J. Hutcherson, Esq.
                                                   Texas Bar No. 24050798
                                                   Hutcherson Law PLLC
                                                   3400 Oak Grove Avenue, Suite 350
                                                   Dallas, Texas 75204
                                                   Tel: (214) 443-4200
                                                   Email: kjh@hutchersonlaw.com

                                                   **ATTORNEY FOR PLAINTIFF**